1  **Guttilla Murphy Anderson, P.C.**
   Dawn M. Maguire (Ariz. No. 20368)
2  5415 E. High St., Suite 200
   Phoenix, Arizona 85054
3  Email: dmaguire@gamlaw.com
   Phone: (480) 304-8300
4  Fax: (480) 304-8301

5  Attorneys for Chapter 7 Trustee Maureen Gaughan

6  **UNITED STATES BANKRUPTCY COURT**

7  **DISTRICT OF ARIZONA**

| | |
|---|---|
| 8  In re: | CHAPTER 7 |
| 9  TIMOTHY LEE ALLEN and CHERYL JANE ALLEN, | Case No. 2:18-bk-00632-MCW |
| 10 | |
|    Debtors. | |
| 11 | |
| NATIONSTAR MORTGAGE, LLC d/b/a | **NOTICE OF WITHDRAWAL OF** |
| 12 MR. COOPER, its assignees and/or | **TRUSTEE'S OBJECTION TO MOTION** |
| successors, | **FOR RELIEF FROM THE** |
| 13 | **AUTOMATIC STAY** |
|    Movant, | (RE: Docket No. 12) |
| 14 vs. | |
| 15 TIMOTHY LEE ALLEN and CHERYL JANE | <u>Real Property:</u> |
| ALLEN, Debtors; | 11913 North 127th Drive |
| 16 and MAUREEN GAUGHAN, Chapter 7 | El Mirage, AZ 85335 |
| Trustee, | |
| 17 | |
|    Respondents. | |
| 18 | |

19   Maureen Gaughan, the Chapter 7 Trustee appointed in this case ("Trustee"), by and

20 through undersigned counsel, hereby withdraws the *Trustee's Objection to Motion for Relief*

21 *from the Automatic Stay* as the Trustee has determined the real property located at 11913 North

22 127th Drive, El Mirage, AZ 85335 has inconsequential value to the bankruptcy estate.

23   DATED: May 18, 2018

24

25        **GUTTILLA MURPHY ANDERSON, P.C.**

26        */s/ Dawn M. Maguire #20368*

27        Dawn M. Maguire
          Attorneys for Chapter 7 Trustee

28

| | |
|---|---|
| 1 | |
| 2 | **E-FILED** on May 18, 2018 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have |
| 3 | appeared in the case. |
| 4 | **COPY** e-mailed the same date to: |
| 5 | Maureen Gaughan |
| | *Chapter 7 Trustee* |
| 6 | |
| 7 | Teresa Kennedy CORE Choice Realty 40 W. Birchwood Place |
| 8 | Chandler, AZ. 85248 Kennedy.Teresa@gmail.com |
| 9 | *Real Estate Agent* |
| 10 | M. Preston Gardner DAVIS MILES MCGUIRE GARDNER PLLC |
| 11 | 40 E. Rio Salado Pkwy, #425 Tempe, AZ 85281 |
| 12 | pgardner@davismiles.com *Attorneys for Debtors* |
| 13 | |
| 14 | Kristin McDonald MCCARTHY & HOLTHUS, LLP 8502 E. Via de Ventura, Suite 200 |
| 15 | Scottsdale, AZ 85258 kmcdonald@mccarthyholthus.com |
| 16 | *Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 17 | **COPY** mailed the same date via U.S. Mail to: |
| 18 | Office of the U.S. Trustee 230 N. First Avenue, Suite 204 |
| 19 | Phoenix, AZ  85003-1706 |
| 20 | Timothy Lee Allen Cheryl Jane Allen |
| 21 | 16735 N. Maryland Ave. Surprise, AZ 85378 |
| 22 | *Debtors* |
| 23 | Kristin McDonald MCCARTHY & HOLTHUS, LLP |
| 24 | 8502 E. Via de Ventura, Suite 200 Scottsdale, AZ 85258 |
| 25 | *Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 26 | */s/ Monica J. Baca* |
| 27 | |
| 28 | |