Lakshmi Jagannath, Esq. (027523)
Ross M. Mumme, Esq. (029956)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
Phone (877) 369-6122
Fax (480) 302-4101

Attorney for: Movant,
Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Cheryl Jane Allen and Timothy Lee Allen,<br><br>Debtors.<br>_____<br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors,<br><br>Movant,<br><br>v.<br><br>Cheryl Jane Allen and Timothy Lee Allen, Debtors; Maureen Gaughan, Chapter 7 Trustee,<br><br>Respondents.<br>_____ | Case No. 2:18-bk-00632-PS<br><br>Chapter 7<br><br>**NOTICE OF LODGEMENT / PROOF OF SERVICE OF ORDER TERMINATING AUTOMATIC STAY** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

///

///

///

**PLEASE TAKE NOTICE** that Movant its assignees and/or successors in interest, has lodged with the Court an Order. A true and correct copy of the Order is attached hereto as Exhibit "1".

Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

Dated: May 22, 2018            By:    /s/ Ross Mumme
                                      Ross Mumme, Esq.
                                      Attorney for Secured Creditor

On 5/22/2018, I served the foregoing documents described as **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
M. Preston Gardner
pgardner@davismiles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                       /s/ Salvador Arroyo
                                       Salvador Arroyo

On 5/22/2018, I served the foregoing documents described as **ORDER TERMINATING AUTOMATIC STAY**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTORS
M. Preston Gardner
David Miles McGuire Gardner, PLLC
40 E. Rio Salado Pkwy, #425
Tempe, AZ 85281

DEBTORS
Cheryl Jane Allen
16735 N. Maryland Avenue
Surprise, AZ 85378

Timothy Lee Allen
16735 N. Maryland Avenue
Surprise, AZ 85378

TRUSTEE
Maureen Gaughan
PO Box 6729
Chandler, AZ 85246

OTHER LIEN HOLDERS
Sundial West HOA
c/o Mutual Management Services
P.O. Box 27008
Phoenix, AZ 85061

SPECIAL NOTICE
Synchrony Bank
Attn: Managing Agent
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh